UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BEST BUY STORES, L.P.,<br><br>　　　　　　Defendant. | Case No.  1:23-cv-00244-ADA-BAM<br><br>**ORDER GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT**<br><br>(Doc. 21) |

On November 2, 2023, the parties filed a stipulation in which they stipulated to the filing of the Second Amended Verified Complaint. (Doc. 21.)  Pursuant to the parties' stipulation and good cause appearing, the parties' Stipulation (Doc. 21) is GRANTED and Plaintiff's Second Amended Verified Complaint (Doc. 22) is the operative complaint in this matter.

IT IS SO ORDERED.

Dated:   **November 3, 2023**　　　　　　/s/ Barbara A. McAuliffe            
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1