# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FERNANDO GASTELUM ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:23–CV–00244–KES–BAM** |
| **BEST BUY, INC. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/13/2025 .**

ENTERED:  **June 13, 2025**          /s/  **Keith Holland**
                                                       Clerk of Court